### GREEN contᵃ WHITE

Nathanael Green plaint. contᵃ Magnis White Defendᵗ for not delivering a parcel of boards of Fifteen thousand foote wᶜʰ the plaint. bought of sᵈ White and paid him five pounds money in part for the same; which is very much to his damage. . . . The Jury . . . found for the Defendᵗ costs of Court.

### HALL contᵃ WALDRON

Andrew Hall plaint. upon replevin contᵃ Major Richard Waldron Administratoʳ of the Estate of Nath¹¹ Elkin deceᵈ Defendᵗ The Replevin and evidences in the case produced being read & committed to the Jury which are on file, The Jury . . . found for the plaint. the Barque Ann & costs of Court.

### WALDRON contᵃ HALL

Major Richard Waldron admʳ of the Estate of Nathanael Elkin deceᵈ plaint. contᵃ Andrew Hall as Maʳ of the Barque Ann Defendᵗ The Barque being attached in this accion it was dismissed as issuing in the Replevin.

### WALDRON contᵃ HALL

Major Richᵈ Waldron Admʳ of the Estate of Nathaniel Elkin deceᵈ plaint. contᵃ Andrew Hall Defendᵗ for witholding a just and true accoᵗ of the Sales together with the neat produce of a parcel of goods Ship't onboard the Barque Anne and consigned to sᵈ Hall to value of £.63.15.9. first cost in mony in Boston as may appeare by sᵈ Elkins Bookes and bill of Loading under the hand of sᵈ Hall. dated. 29. October. 1678. according to attachmᵗ. . . . The Jury . . . found for the plaint. three hundred Seventy one hundred of Logwood. Or one hundred eighty five pounds ten Shillings money & costs of Court.

### RAWSON contᵃ LILLEY

mʳ Edwᵈ Rawson plaint. contᵃ Edwᵈ Lilley Defendᵗ for Jmprisoning Robert Cooke his Servant being deliuʳᵈ him by Execution levied on sᵈ Cookes person for Eighteen pounds [ 629 ] Eight Shillings four pence money &cᵃ according to attachmᵗ. . . . The Jury . . . found for the plaint. that the Defendᵗ do deliver him his Servant Robert